AGREEMENT

South Route Expressway - F.A.I. Route 54

F.A. Project I-94-3(83)-54 - Section 2222-910 SB

THE CHICAGO RIVER AND INDIANA RAILROAD COMPANY

THE NEW YORK CENTRAL RAILROAD COMPANY

This Agreement, made and entered into this 14th day of _____, 1961, by and between the State of Illinois, hereinafter called "STATE", acting by and through its Department of Public Works and Buildings, as party of the first part; THE CHICAGO RIVER AND INDIANA RAILROAD COMPANY, a railroad corporation incorporated in and licensed to do business in the State of Illinois, and hereinafter called "RAILROAD", as party of the second part, and THE NEW YORK CENTRAL RAILROAD COMPANY, a railroad corporation incorporated in the State of Delaware, and hereinafter called "CENTRAL", as party of the third part,

W I T N E S S E T H :

WHEREAS, STATE, the CITY OF CHICAGO, and the COUNTY OF COOK are interested in the construction and financing of the South Route of the Comprehensive Superhighway System of the City of Chicago, which is part of the South Expressway as shown on the general plans and drawings in an ordinance passed by the City Council of the CITY OF CHICAGO on June 25, 1947, as amended; and

WHEREAS, RAILROAD and CENTRAL now operate on two (2) retained fills and over two (2) bridges carrying North and South "Wye" tracks, and RAILROAD now operates on one (1) retained fill and one (1) bridge carrying East-West main tracks, between the existing joint West right-of-way line of the Chicago, Rock Island and Pacific Railroad Company and CENTRAL and the existing West line of South Wentworth Avenue; and

WHEREAS, CENTRAL is joint owner with the Chicago, Rock Island and Pacific Railroad Company and solely maintains 336 feet of the North "Wye" Track, located on the joint Rock Island and CENTRAL right-of-way, extending in a Northerly direction along said joint West right-of-way line, and carried over the most Westerly portion

...existing bridge, solely owned and maintained by CENTRAL, over
...ing Road (W. 39th Street); and

WHEREAS, STATE proposes to construct three (3) separate railroad
...grade separation structures to carry the tracks, traffic and
...of RAILROAD and CENTRAL over the Expressway, which is to be
...cted across the right-of-way of RAILROAD, situated between
...Street and W. Root Street, City of Chicago; and

WHEREAS, the construction proposed by this Agreement will prov...
...(3) new continuous bridges to carry the tracks of RAILROAD f...
...est line of S. Wentworth Avenue to the joint West right-of-way
...e of the Chicago, Rock Island and Pacific Railroad Company; and
...TRAL at points South of W. Pershing Road (W. 39th Street) and
...h of W. Root Street; thereby replacing three (3) existing
...ROAD bridges over S. Wentworth Avenue and the aforementioned
...ee (3) retaining walls; and

WHEREAS, upon completion of the construction contemplated by this
...eement, the maintenance of the new RAILROAD bridges will become
...responsibility of STATE; and

WHEREAS, in the interest of the public safety, convenience and
...essity, the parties hereto propose to separate the grades at the
...ersection of the South Expressway and the tracks and right-of-way
...RAILROAD by constructing the grade separation structures as aforesaid
...the above described location; and

WHEREAS, the aforesaid project is to be financed, in part, by the
use of funds appropriated by the Federal Government; and

WHEREAS, RAILROAD is legally in possession of the aforesaid
right-of-way, upon which the tracks of RAILROAD are situated; and

WHEREAS, it would simplify and expedite the construction of the
grade separation structures and provide a minimum amount of interference
to RAILROAD'S and CENTRAL'S operations on RAILROAD'S existing "Wye"
tracks at this location, if the grade separation structures and tracks
...ereon were constructed so as to provide new alignments for the
...th and South "Wye" tracks, in the clear of the existing such tracks;

WHEREAS, the State has heretofore acquired for the construction of South Expressway certain parcels of real estate Southeast of RAILROAD'S existing right-of-way, which may also be used for the relocation of RAILROAD'S North "Wye" track, signal and communication systems, and other facilities appurtenant thereto, and Northeast of RAILROAD'S existing right-of-way for the relocation of RAILROAD'S "Wye" tracks, signal and communication systems, and other facilities appurtenant thereto, said parcels of real estate being hereinafter referred to as the "substitute right-of-way", and whereas the aforementioned realignment of the "Wye" tracks requires the relocation of RAILROAD'S existing one (1) North and two (2) South "Wye" tracks, signal and communication systems, and other facilities appurtenant thereto, in the vicinity of the proposed improvement, the removal of the RAILROAD'S existing Southerly East-West tangent track, and alterations in the RAILROAD'S existing signal and communication systems and other facilities appurtenant thereto;

NOW, THEREFORE, in consideration of the premises and of the promises hereinafter contained, the parties hereto agree as follows:

SECTION 1: Conveyance by RAILROAD. RAILROAD shall execute a quit claim deed, promptly upon the execution of this Agreement, conveying to STATE the property designated as Parcels "S-1", "S-2", "S-4", and "S-5", as shown on Exhibit "A", entitled "South Expressway - C. R. & I. R.R. Grade Separation - Exchange of Right-of-Way", attached hereto and made a part hereof. This property shall be used for the construction thereon of a portion of the South Expressway. These parcels are situated between W. 39th Street and W. ___ Street and abut on the East property line of S. Wentworth Avenue and the joint West right-of-way line of the Chicago, Rock Island and Pacific Railroad Company and CENTRAL, as shown on Exhibit "A". RAILROAD shall reserve an easement in said property for operation and maintenance of its railroad lines, including the tracks and other facilities thereon, as same are now operated and maintained on said property, until such time that RAILROAD has completed

- 3 -

become null and void. Upon execution, said quit claim deed shall be placed in escrow, as provided in Section 3 of this Agreement.

SECTION 2: Conveyance by STATE. STATE shall execute a quit claim deed promptly upon the execution of this Agreement, subject to an easement as provided in Section 4 of this Agreement, conveying to RAILROAD, as a substitute right-of-way, the property lying between W. 39th Street and W. Root Street, designated as Parcels "R-1" and "R-2" on said Exhibit "A", and reconveying to RAILROAD the property designated as Parcels "S-3", "S-4", and "S-5" on said Exhibit "A". Upon execution, said quit claim deed shall be deposited in escrow as provided in Section 3 of this Agreement.

SECTION 2A: Adjustment in Right-of-Way Exchange. STATE shall pay RAILROAD the sum of $ 50,000.00 , which represents the difference in the appraised values of the land to be conveyed to the STATE by the RAILROAD and the land to be conveyed to the RAILROAD by the STATE. Payment shall be made to the RAILROAD upon receipt by the STATE of the deed from RAILROAD to STATE as stipulated in Section 1 of this Agreement.

SECTION 3: Deposit of Deeds in Escrow. STATE and RAILROAD hereby nominate, constitute and appoint the Chicago Title and Trust Company, whose principal office is in the City of Chicago, as Escrow Agent under this Agreement.

The quitclaim deed which shall be executed by RAILROAD as provided in Section 1 of this Agreement, and the quitclaim deed which shall be executed by STATE, as provided in Section 2 of this Agreement, shall be deposited with the Escrow Agent at the respective times provided in Sections 1 and 2 of this Agreement. STATE shall reimburse RAILROAD for the cost of documentary stamps, if any are required by law, to be affixed to the instrument or instruments of conveyance from RAILROAD to STATE.

At the same time that RAILROAD and STATE shall deposit with the Escrow Agent their respective deeds of conveyance, STATE shall also deposit a deed of reconveyance to RAILROAD covering the property being deeded to it by RAILROAD under the terms of Section 1 of this Agreement, subject to the provisions of this Section 3 hereinafter set forth.

...upon RAILROAD shall promptly deposit in said escrow release deeds ...ing all of RAILROAD'S outstanding or existing mortgages and deeds ... ...ust covering the property so conveyed. STATE shall pay all escrow fees ...all reimburse RAILROAD for its costs and expenses in securing such ...e deed and also the release deeds required for the grant of easement ...ted in the following Section 4 of this Agreement in a sum of ...dred Dollars ($200.00).

...within thirty (30) days after the recording of said quitclaim deed ...STATE to RAILROAD, STATE shall cause the Chicago Title and Trust ... to furnish RAILROAD with its customary report of title. If such ...of title discloses any defects in title (other than the ...objections contained in owners' policies and matters to which ...is subject by the terms of this Agreement), STATE shall have ...(60) days from the date on which said report is received by ...ROAD within which to cure such defects and furnish a later report ...such defects cured or removed. If such defects are not cured ...said sixty (60) days, RAILROAD, within fourteen (14) days after ...day period, may elect to rescind this Agreement and have the ...conveyed by it to STATE reconveyed to it, or, at its election ...title to the property subject to the objections then outstanding ...within thirty (30) days after the recording of said quitclaim deed ...RAILROAD to STATE, RAILROAD shall cause the Chicago Title and ...Company to furnish STATE with its customary report of title. ...report of title discloses any defects in title (other than ...objections contained in owners' policies and matters to ...title is subject by the terms of this Agreement), RAILROAD ...have sixty (60) days from the date on which said report is received ...within which to cure such defects and to furnish a later report ...such defects cured or removed. If such defects are not cured ...sixty (60) days, STATE, within fourteen (14) days after said ...period, may elect to rescind this Agreement and have the ...conveyed by it to RAILROAD reconveyed to it, or at its election ...take title to the property subject to the objections then ...anding.

-5-

a deed of reconveyance from RAILROAD conveying to STATE the property deeded to RAILROAD by STATE under Section 2 of this Agreement, and the Escrow Agent shall record such deed. RAILROAD agrees to furnish said deed of reconveyance to the Escrow Agent and shall cause to be executed and deposited with the Escrow Agent for recording appropriate releases covering the property conveyed by RAILROAD to STATE.

If this Agreement is not rescinded, the deed of reconveyance deposited with the Escrow Agent shall be cancelled and returned to RAILROAD.

SECTION 4: Grant of Easement by RAILROAD. RAILROAD shall grant to STATE, by separate instrument, an easement for the right to construct, reconstruct, use, occupy, repair, maintain and operate, in perpetuity, said South Expressway under and across both the aforesaid substitute right-of-way and the existing East-West (Union Stock Yards R.R. - W. 40th Street) right-of-way of RAILROAD, in conformance with Exhibit "B", entitled "South Expressway C.R. & I. R.R. Structure", attached hereto and made a part hereof. RAILROAD reserves the right unto itself, its successors, assigns, tenants, lessees and licensees to use the substitute right-of-way for any and all purposes whatsoever, provided, however, that such use shall not interfere with, reduce, curtail in any way the aforesaid grant of easement to STATE.

SECTION 5: Engineering Work. (a) By STATE. Preliminary and final plans, drawings, field surveys, estimates of cost, specifications, proposal forms, and necessary special provisions for said grade separation structures, substructures, highway approaches, drainage facilities and other appurtenances shall be prepared by STATE at its sole expense. All such plans, estimates of cost, specifications, special provisions, and construction procedures as will affect the operation of RAILROAD'S and CENTRAL'S trains and other facilities shall be subject to approval by RAILROAD and CENTRAL.

(b) By RAILROAD and CENTRAL. Preliminary engineering cost incurred by RAILROAD and CENTRAL for the preparation of preliminary and detail plans for trackwork, signal and communications changes, and all other related appurtenances, including the preparation of estimates for same, together with reviewing the project Agreement, STATE'S

- 6 -

provisions for said grade separation structures, sub-structures, approaches, drainage structures, facilities, and appurtenances reimbursed to RAILROAD and CENTRAL by STATE.

SECTION 6: Construction Documents. No changes shall be made in approved plans, specifications, or special provisions by any party hereto without the written consent of the other parties hereto. STATE will furnish RAILROAD and CENTRAL prints of the plans, specifications, and special provisions as may be required to carry out RAILROAD'S and CENTRAL'S work, and upon completion of the work, STATE will furnish RAILROAD reproduced tracings of such "as-built" plans, specifications, and special provisions as pertain to RAILROAD facilities.

SECTION 7: Construction Work by STATE. STATE agrees to construct and complete, or cause to be constructed and completed, at no expense to RAILROAD and CENTRAL, in accordance with said plans, specifications, and special provisions therefor, to be approved as aforesaid, the temporary and permanent grade separation structures, substructures, approaches, drainage structures, paving and appurtenances thereto, together with all other highway facilities under the tracks and under and across the right-of-way of RAILROAD, including removal of the most easterly portion of the existing superstructure of CENTRAL'S bridge carrying the existing North "Wye" track over and across W. Pershing Road (W. 39th Street). The STATE shall arrange for the performance of shop and mill inspection incidental to the fabrication of the steelwork for said permanent grade separation structure.

All work affecting the property and operations of RAILROAD and CENTRAL shall be awarded by STATE to a competent Contractor (or Contractors) experienced in such work and having adequate equipment, organization, and finances to do the work safely and effectively. All such awards affecting RAILROAD'S and CENTRAL'S interests shall be subject to the approval of RAILROAD and CENTRAL.

STATE shall require its Contractor (or Contractors) to assume and bear the cost of all protective measures which RAILROAD and CENTRAL may deem necessary to safeguard RAILROAD'S and CENTRAL'S employees, tracks, trains, and other property or facilities, as adopted and agreed upon at the Conference hereinafter provided for, or as otherwise

-7-