IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREIGHT TRAIN ADVERTISING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-cv-2803 |
| | ) | |
| CHICAGO RAIL LINK, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT OF UNCONTESTED FACTS

The parties Plaintiff FREIGHT TRAIN ADVERTISING, LLC ("FTA"), and Defendant CHICAGO RAIL LINK L.L.C. ("CRL") jointly submit the following Joint Statement of Uncontested Facts:

1. FTA is a Texas Limited Liability Company with its principal place of business in Carrollton, Texas.

2. Chicago Rail Link ("CRL") is a Colorado Limited Liability Company with its principal place of business in Denver, Colorado.

3. FTA was formerly named "Radiant OOH, LLC."

4. This Court has jurisdiction over CRL because CRL transacts business in Illinois, and/or CRL owns, uses, or possesses real property in Illinois, and/or CRL made or performed a contract substantially connected with Illinois.

5. This Court has jurisdiction over the subject matter of this dispute pursuant to 28 U.S.C. § 1332 because there is complete diversity among the parties and the parties each claim damages in excess of $75,000.00.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(a) as a substantial

part of the events or omissions giving rise to the claims occurred in Chicago, Illinois, and/or a substantial part of property that is the subject of the action is situated in Chicago, Illinois.

7. On August 27, 2010 and September 7, 2010, FTA and CRL, respectively, entered into the Track Lease Agreement that resulted from the negotiations of the parties. The Track Lease Agreement is Exhibit 2 on the Joint Exhibits List. Brad Berkley signed the Track Lease Agreement on behalf of FTA and Adam Hess signed the Track Lease Agreement on behalf of CRL.

8. Pursuant to the Track Lease Agreement, CRL agreed to lease FTA property on the Root Street wye bridge in Chicago, Illinois (the "Property").

9. The Root Street wye bridge crosses over the Dan Ryan Expressway in the City of Chicago.

10. Pursuant to the Track Lease Agreement, FTA agreed to construct a section of railroad track on the Property (the "Leased Track") to park and display an advertising rail car known as the "Mobile Signage Unit."

11. FTA's fundamental and exclusive purpose of entering the Track Lease Agreement was to generate revenue by getting advertisers to purchase display advertisements on the Mobile Signage Unit.

12. FTA leased a flatbed car to construct the Mobile Signage Unit.

13. The Mobile Signage Unit was constructed at a separate location and was rolled onto the Leased Track.

14. On January 6, 2011, FTA rolled out the Mobile Signage Unit to its location on the Leased Track.

15. The City of Chicago challenged the Mobile Signage Unit on the basis of alleged

safety concerns.

16. On February 10, 2011, the City of Chicago Building Commissioner and Mike Shore of CRL met to discuss the Mobile Signage Unit.

17. CRL removed the Mobile Signage Unit from its location on the Leased Track over the Dan Ryan Expressway on February 15, 2011.

18. CRL admits in this lawsuit that the 1961 Agreement does not apply to the Mobile Signage Unit.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Mike J. Bowers
    Mikel J. Bowers (*admitted pro hac vice*)
    Texas Bar No. 02734550
    mikelb@bellnunnally.com
    Marie A. Tenny (*admitted pro hac vice*)
    Texas Bar No. 24076730
    mariet@bellnunnally.com

3232 McKinney Ave., Suite 1400
Dallas, TX 75204-2429
Tel: (214) 740-1400
Fax: (214) 740-1499

**TARPEY WIX LLC**

DAVID G. WIX
225 W. Wacker DR., Suite 1515
Chicago, IL 60606
(312) 948-9093 – Telephone
(312) 948-9105 – Facsimile

**ATTORNEYS FOR FREIGHT TRAIN ADVERTISING, INC.**

*and*

**FLETCHER & SIPPEL, LLC**

By: /s/ Michael J. Barron, Jr.
    Michael J. Barron, Jr.
    Peter C. McLeod
29 North Wacker Drive, Suite 920
Chicago, IL 60606-2832
Tel: (312) 525-1500
Fax: (312) 525-2400

**ATTORNEYS FOR CHICAGO RAIL LINK L.L.C.**