IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREIGHT TRAIN ADVERTISING, LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11-cv-2803 |
| vs. | ) ) ) | |
| CHICAGO RAIL LINK, LLC | ) ) | |
| Defendant. | | |

## TRIAL WITNESS LIST

The parties, Plaintiff Freight Train Advertising, LLC ("FTA") and Defendant Chicago Rail Link L.L.C. ("CRL") jointly submit the following Trial Witness List, in the above referenced matter. FTA and CRL reserve the right to object to testimony from any person identified by the other party on their respective Witness Lists.

**FTA's Fact Witness List**

1. Brad Berkley
   c/o Mikel J. Bowers
   Bell Nunnally & Martin LLP
   3232 McKinney Avenue, Suite 1400
   Dallas, TX  75204

2. Ray Sipperley
   c/o Mikel J. Bowers
   Bell Nunnally & Martin LLP
   3232 McKinney Avenue, Suite 1400
   Dallas, TX  75204

3. Theodore C. Johnson, Jr.
   P.O. Box 2172
   Frisco, CO  80443

4.  Mike Galgano
    Illinois Department of Transportation
    District 1
    201 West Center Court
    Schaumburg, IL 60196-1096

5.  Andy E. Rabadi
    Illinois Department of Transportation
    District 1
    201 West Center Court
    Schaumburg, IL 60196-1096

6.  Patrick S. Coffey
    Locke Lord Bissell & Liddell LLP
    111 South Wacker Dr.
    Chicago, Illinois 60606

7.  Gabriela F. Cleveland
    440 W. Webster Avenue
    Chicago, IL 60614

8.  Adam Hess
    c/o Peter C. McLeod
    Fletcher & Sippel, LLC
    29 North Wacker Dr., Suite 920
    Chicago, Illinois 60606-2832

9.  Arthur Spiros
    Aspiros Consulting LLC
    5209 South Normandy Avenue
    Chicago, IL 60638

**FTA's Expert Witness List**

10. Brad Berkley
    c/o Mikel J. Bowers
    Bell Nunnally & Martin LLP
    3232 McKinney Avenue, Suite 1400
    Dallas, TX 75204

11. Ray Sipperley
    c/o Mikel J. Bowers
    Bell Nunnally & Martin LLP
    3232 McKinney Avenue, Suite 1400
    Dallas, TX 75204

12. David G. Wix
    500 Lake Cook Road, Suite 350
    Deerfield, IL 60015

**CRL's Fact Witness List**

1. Adam Hess
   c/o Peter C. McLeod
   Fletcher & Sippel, LLC
   29 North Wacker Dr., Suite 920
   Chicago, Illinois 60606-2832

2. Michael Shore
   Superintendent
   Chicago South Shore & South Bend Railroad
   505 N. Carrol Avenue
   Michigan City, IN 46360

3. Arthur Spiros
   Aspiros Consulting LLC
   5209 South Normandy Avenue
   Chicago, IL 60638

4. Lin Derue
   Chicago Title Representative
   505 East North Avenue
   Carol Stream, IL 60188

5. Cheri Wolf
   Ads Up Outdoor
   910 West Madison Street
   Suite 809
   Chicago, IL 60607

6. Richard Monocchio
   Executive Director
   Housing Authority of the County of Cook
   175 W. Jackson Blvd.
   Suite 350
   Chicago, IL 60604

7. Gabriella Cleveland
   Senior Corporate Counsel
   Jones Lang LaSalle
   22 East Randolph Drive
   Chicago, IL 60601

8. Mike Galgano
   Illinois Department of Transportation
   District 1
   201 West Center Court
   Schaumburg, IL 60196

9. Brad Berkley
   c/o Mikel J. Bowers
   Bell Nunnally & Martin LLP
   3232 McKinney Avenue
   Suite 1400
   Dallas, TX 75204

10. Ray Sipperley
    c/o Mikel J. Bowers
    Bell Nunnally & Martin LLP
    3232 McKinney Avenue
    Suite 1400
    Dallas, TX 75204

11. Theodore C. Johnson, Jr.
    P.O. Box 2172
    Frisco, CO 80443

**CRL's Expert Witness List**

12. Arthur Spiros
    Aspiros Consulting LLC
    5209 South Normandy Avenue
    Chicago, IL 60638

13. Thomas McFarland
    Thomas F. McFarland, P.C.
    208 S. LaSalle Street
    Suite 1890
    Chicago, IL 60604

**CRL's Rebuttal Expert Witness**

14. Robert Orlando
    16 Scott Drive
    Churchville, PA 18966

FTA and CRL reserve the right to offer trial or deposition testimony from any person identified by the other party on their respective Witness Lists. FTA and CRL will amend this Trial Witness List, if necessary, as additional information becomes available.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Mike J. Bowers
    Mikel J. Bowers (*admitted pro hac vice*)
    Texas Bar No. 02734550
    mikelb@bellnunnally.com
    Marie A. Tenny (*admitted pro hac vice*)
    Texas Bar No. 24076730
    mariet@bellnunnally.com
3232 McKinney Ave., Suite 1400
Dallas, TX 75204-2429
Tel: (214) 740-1400
Fax: (214) 740-1499

**TARPEY WIX LLC**

DAVID G. WIX
225 W. Wacker Dr., Suite 1515
Chicago, IL 60606
(312) 948-9093 – Telephone
(312) 948-9105 – Facsimile

**ATTORNEYS FOR FREIGHT TRAIN ADVERTISING, INC.**

*and*

**FLETCHER & SIPPEL, LLC**

By: /s/ Michael J. Barron Jr.
    Michael J. Barron, Jr.
    Peter C. McLeod
29 North Wacker Drive, Suite 920
Chicago, IL 60606-2832
Tel: (312) 525-1500
Fax: (312) 525-2400

**ATTORNEYS FOR CHICAGO RAIL LINK, L.L.C.**